No. 74–336. SMITH, DBA HOLIDAY HEALTH CLUB, ET AL. *v.* KEATOR, ET AL. Appeal from Sup. Ct. N. C. dismissed for want of substantial federal question. ■

No. 74–344. McCOLLOUGH *v.* ILLINOIS. Appeal from Sup. Ct. Ill. dismissed for want of substantial federal question. ■

No. 74–5029. IVORY *v.* FLORIDA. Appeal from Dist. Ct. App. Fla., 1st Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. ■

No. ———. MARK TRAIL CAMP GROUNDS, INC. *v.* FIELD ENTERPRISES, INC., DBA PUBLISHERS-HALL SYNDICATE. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied.

No. 71–6356. DOE ET AL. *v.* McMILLAN ET AL., 412 U. S. 306. Motion of petitioners for clarification of opinion of this Court denied.

No. 73–662. SCHLESINGER, SECRETARY OF DEFENSE, ET AL. *v.* COUNCILMAN. C. A. 10th Cir. [Certiorari granted, 414 U. S. 1111.] Motion of respondent for divided argument granted.

No. 73–717. ANTOINE ET UX. *v.* WASHINGTON. Appeal from Sup. Ct. Wash. [Probable jurisdiction noted, 417 U. S. 966.] Motion of appellee to strike brief of the United States as *amicus curiae* denied.